**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

STANTWON IRVIN MCVAY,
ADC # 120014                                                                                          PLAINTIFF

v.                            CASE NO. 4:10-cv-01328-SWW-JJV

FAULKNER COUNTY, ARKANSAS,
CIRCUIT COURT, *et al.*                                                                         DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Faulkner County Circuit Court, Karl Byrd, Bobby Brown, and John Randell are DISMISSED without prejudice.

2. Service is appropriate for Defendants Troy Porter, Corporal Woodard, Officer Torling, Officer Hinton, and Officer Furlow.

3. The Clerk of the Court shall prepare a summons for Defendants Porter, Woodard, Torling, Hinton, and Furlow.

4. The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and summons on the Defendants without prepayment of fees and costs or security therefore.

DATED this 1st day of July 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE