# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

STANTWON IRVIN MCVAY,
ADC # 120014                                                                       PLAINTIFF

v.                                      4:10-cv-01328-SWW-JJV

FAULKNER COUNTY, ARKANSAS,
CIRCUIT COURT; *et al.*                                                  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

    1.     Why the record made before the Magistrate Judge is inadequate.

    2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

    3.     The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

### I. BACKGROUND

Plaintiff, Stantwon McVay, a detainee in the Faulkner County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983, alleging the Defendants violated his constitutional rights. On June 14, 2011, a copy of this Court's Proposed Findings and Recommendations was mailed to Plaintiff. (Doc. Nos. 11, 12). On June 23, 2011, the copy was returned to the Court as undeliverable. (Doc. No. 13). On July 1, 2011, an Order adopting the Proposed Findings and Recommendations was entered and a copy was mailed to Plaintiff. (Doc. Nos. 14, 16). On July 12, 2011, the Order was likewise returned to the Court as undeliverable. (Doc. No. 18).

*Pro se* litigants are required to follow the same rules of procedure, including the local court rules, that govern other litigants. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *Jarzynka v. St. Thomas Univ. of Law*, 310 F. Supp. 2d 1256, 1264 (S.D. Fla. 2004). Local Rule 5.5(c)(2) requires a *pro se* plaintiff to "promptly" notify the Clerk of any change in his or her address. By Order dated March 7, 2011, Plaintiff was informed of his duty to comply with Local Rule 5.5(c)(2). Plaintiff has failed to comply with Local Rule 5.5(c)(2) and it is recommended that his Complaint (Doc. No. 2) be DISMISSED without prejudice.

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. No. 2) should be DISMISSED without prejudice.

2. The Court should certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an order and judgment adopting this Recommended Disposition would not be taken in good faith.

DATED this 4th day of August, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE