**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

STANTWON IRVIN MCVAY,
ADC # 120014                                                                  PLAINTIFF

v.                               4:10-cv-01328-SWW-JJV

FAULKNER COUNTY, ARKANSAS,
CIRCUIT COURT; *et al.*                                        DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

SO ORDERED this 22nd day of August, 2011.

                                                           /s/Susan Webber Wright
                                                           UNITED STATES DISTRICT JUDGE